# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

|   |   |
|---|---|
| Sylvan Dekker<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br><br>Lengio Corporation d/b/a Slang<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☑ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Sylvan Dekker |
   | Street Address | 118 Leonard Rd |
   | City and County | Shutesbury, Franklin County |
   | State and Zip Code | MA 01072 |
   | Telephone Number | (978) 766-9659 |
   | E-mail Address | sylvan.avery.dekker@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Lengio Corporation d/b/a Slang |
| Job or Title *(if known)* | |
| Street Address | 50 Milk Street, Floor 16 |
| City and County | Boston, Suffolk County |
| State and Zip Code | MA 02109 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question       [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Americans with Disabilities Act (42 U.S.C. § 12112) and related provisions of Massachusetts law (M.G.L. c. 151B).

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

  b. If the defendant is a corporation

   The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

   Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

  *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

  The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see the attached pages.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Back pay and lost benefits, including health and vision insurance coverage;
2. Front pay for future lost earnings due to harm to my career opportunities;
3. Compensatory damages for emotional distress, mental anguish, and disruption to my housing and relocation plans;

4. Punitive damages to punish Defendant for willful and reckless disregard of my rights under the ADA and Massachusetts law;

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

5. Equitable relief, including reinstatement to my former position, or if reinstatement is not feasible, other equitable remedies that place me as nearly as possible in the position I would have been absent discrimination

6. Attorney's fees and costs, including reimbursement for out-of-pocket legal expenses I have already incurred, such as attorney consultation fees;

7. Any further relief that the Court deems just and proper.

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/30/2025

Signature of Plaintiff

Printed Name of Plaintiff   Sylvan Dekker

### B.  For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

## III.  Statement of Claim (cont.)

1. I was employed by Defendant, Lengio Corporation d/b/a Slang, as an Associate Content Editor. I identify as an individual with disabilities, including ADHD, depression, and anxiety. I disclosed these disabilities to Defendant during my employment. My work performance was consistently satisfactory, and I had received positive evaluations prior to April 2023.

2. In March 2023, I informed my direct manager, Abigail Williams, that a national shortage of my prescribed medication for ADHD, depression, and anxiety was impacting my productivity. I also explained that I was in the process of selling my home, which was adding stress.

3. On April 3, 2023, I received unexpectedly negative feedback from another manager, Alejandra Avila. Later that same day, I wrote to Ms. Avila expressing how hurtful the feedback had been. Afterward, Ms. Williams instructed me to apologize for my email.

4. On April 11, 2023, I sent an email to Ms. Williams in which I stated:

    > "Hi Abby,
    >
    > I feel like I am really not being heard by you or Ale. The disappointment, frustration, and anxiety generated by this situation is affecting me to such an extent that I have become unable to work.
    >
    > I'm not sure where to go from here; perhaps I am just not a good fit at Slang. In any case, I doubt that I will be able to work for the rest of this week, at least."

    This email was a clear request for **disability-related time off** due to the impact of my mental health conditions.

5. Ms. Williams did not respond to my April 11 email for approximately one week. On April 18, 2023, she eventually sent me a reply. However, I did not see this message immediately because of the acute impact of my disabilities at the time.

6. On April 26, 2023, when I attempted to log in to my company email, I discovered that my account had been deactivated without prior notice or explanation.

7. On May 12, 2023, I received a letter mailed to my home from Defendant, enclosing emails that had been sent to my deactivated account. These communications stated that I had "constructively resigned/abandoned" my job. This was false. I never resigned, and I had explicitly requested disability-related time off in writing on April 11, 2023.

8. It was common practice at Lengio for employees and managers to have each other's phone numbers and to reach out by phone, Slack, or text message if urgent communication was needed. No one attempted to contact me through any of these alternative means after my email account was deactivated.

9. Defendant's actions harmed me in several ways. I unexpectedly lost my employment and health benefits, which forced me to pay for health and vision care out of pocket. Because Defendant knew I was in the process of selling my home and relocating to Oregon, losing my remote position meant I could not remain in Oregon and disrupted my housing plans. This termination also caused me significant emotional distress, worsening my anxiety and depression. Finally, the sudden and stigmatizing way I was terminated damaged my professional image at the very start of my career, reducing my opportunity to build connections and gain experience in my chosen field.

10. Based on these facts, I believe Defendant terminated my employment because of my disabilities and because I requested disability-related time off. By cutting off my email access before I could respond and labeling my absence as "abandonment," Defendant treated my disabilities as a reason to end my employment rather than accommodate them.